UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

        Civil No. 25-cv-12246
        Honorable F. Kay Behm

Bitcoin cryptocurrency funds from two Paxful, Inc. accounts, with the affiliated deposit addresses 3KHvW3kGJGs1KnCLJ4171b5bBBgWLvgXze and 3DE6F3W1eLa5vFhyGxNdx4a7TMuF5tHDrr,

Ethereum cryptocurrency funds from two Paxful, Inc. accounts, with the affiliated deposit addresses 0x3FE0a6843317F73d977649bA6FB3e39225fC2E94 and 0x19C9c94B153F95Aa6a32c2738babB9e0Fa361AAB,

        Defendants *in Rem*.

---

### Order Permitting Direct Notice of Complaint for Forfeiture by Email

---

Based upon the government's Motion for Order Permitting Direct Notice of Complaint for Forfeiture by Email, the information contained in the record, and Federal Rules of Civil Procedure Supplemental Rule G, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Direct notice by email is reasonably calculated to inform potential claimants at cheslin404john@gmail.com and

nikolthomas54@gmail.com, of these proceedings, as required by Supplemental Rule G.

2. Direct notice via email will provide potential claimants with due process of law.

3. Accordingly, the government shall notify Potential Claimants of these proceedings via email to cheslin404john@gmail.com and nikolthomas54@gmail.com.  Such notice will contain, at a minimum, the following language:

    a. Please review the attached Complaint for Forfeiture, Warrant of Arrest and Notice *in Rem*, and Certificate of Service for the above referenced matter.
    b. You must follow the procedures set forth in the Warrant of Arrest and Notice *in Rem* if you wish to become a claimant in this action.

**SO ORDERED.**

Date: September 8, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge

2