UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

    Civil No. 25-cv-12246
    Honorable F. Kay Behm

Bitcoin cryptocurrency funds from two Paxful, Inc. accounts, with the affiliated deposit addresses 3KHvW3kGJGs1KnCLJ4171b5bBBgWLvgXze and 3DE6F3W1eLa5vFhyGxNdx4a7TMuF5tHDrr,

Ethereum cryptocurrency funds from two Paxful, Inc. accounts, with the affiliated deposit addresses 0x3FE0a6843317F73d977649bA6FB3e39225fC2E94 and 0x19C9c94B153F95Aa6a32c2738babB9e0Fa361AAB,

    Defendants *in Rem*,

---

### Default Judgment and Final Order of Forfeiture

---

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendants *in rem*. The Court has reviewed the Motion and the record in this case, finds there is no need to hold oral argument pursuant to E.D. Mich. LR 7.1(f)(2), and being fully aware of the issues, Orders as follows:

  **IT IS ORDERED** that the United States' Motion for Entry of Default

Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendants *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

    **IT IS FURTHER ORDERED** that the Defendants *in rem,* which consist of the following:

    a. Bitcoin cryptocurrency funds from two Paxful, Inc. accounts, with the affiliated deposit addresses 3KHvW3kGJGs1KnCLJ4171b5bBBgWLvgXze and 3DE6F3W1eLa5vFhyGxNdx4a7TMuF5tHDrr (24-ICE-002711); and

    b. Ethereum cryptocurrency funds from two Paxful, Inc. accounts, with the affiliated deposit addresses 0x3FE0a6843317F73d977649bA6FB3e39225fC2E94 and 0x19C9c94B153F95Aa6a32c2738babB9e0Fa361AAB (24-ICE-002712),

are **FORFEITED** to the United States under 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) and a Final Order of Forfeiture as to the Defendants *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendants *in rem*, is forever **EXTINGUISHED** and clear title to the Defendants *in rem* is **VESTED** in the United States.

The HSI, or its designee, is **AUTHORIZED** to dispose of the Defendants *in rem* according to law.

**SO ORDERED.**

Dated: January 29, 2026                    s/F. Kay Behm
                                           F. Kay Behm
                                           United States District Judge

3